Case No: 12-1265

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

IN RE REEBOK EASYTONE LITIGATION

SANDRA ALTIERI, Individually and on behalf of all other similarly situated; COURTNEY SCHWARTZ, Individually and on behalf of all others similarly situated; CHERYL HARDY, Individually and on behalf of all other similarly situated

Plaintiffs - Appellee

vs.

REEBOK INTERNATIONAL, LTD.

Defendant – Appellee

NIKKI JOHNSON

Interested Party - Appellant

Appeal from the United States District Court of Massachusetts
No. 4:10-CV-11977-FDS
The Honorable F. Dennis Saylor

**JOINT MOTION FOR VOLUNTARY DISMISSAL OF APPEAL**

NIKKI JOHNSON
3141 Hood Street, Suite 200
Dallas, TX 75219
214-855-0005
nikkij@gourmetcatalog.com

Objector – Appellant, Pro Se

Pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, Nikki Johnson, objector-appellant, and Sandra Altieri, Courtney Schwartz, Cheryl Hardy, and Reebok International Ltd., appellees, hereby move to dismiss this appeal on such terms as may be just.

Notice of appeal was filed in the District Court on February 17, 2012, and the appeal was docketed in this court on March 5, 2012. The order appealed was the Final Order Approving Class Action Settlement and Final Judgment entered January 19, 2012.

Appellant Nikki Johnson and appellees have agreed that each party shall bear their own costs and fees on the appeal. No other consideration will be exchanged for dismissal of the appeal.

Dated: March 9, 2012

By: /s/ Nikki Johnson
NIKKI JOHNSON, Pro Se

Dated: March 13, 2012

BLOOD HURST & O'REARDON LLP
Timothy G. Blood (CA Bar No. 149343)

By: /s/ Timothy G. Blood
TIMOTHY G. BLOOD

701 B Street, Suite 1700
San Diego, CA 92101
Telephone: 619-338-1100
Fax: 619-338-1101
tblood@bholaw.com

*Attorneys for Plaintiffs - Appellees*

Dated: March 13, 2012
/14

REED SMITH LLP
John P. Hooper

By: /s/ *John P. Hooper*
JOHN P. HOOPER
# 1195653
599 Lexington Avenue
New York, NY 10022
Tel: (212) 521-5400
Fax: (212) 521-5450
jhooper@reedsmith.com

*Attorneys for Defendant - Appellee*
*Reebok International Ltd.*

# CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2012, I electronically filed the foregoing document with the United States Court of Appeals for the First Circuit by using the CM/ECF system.

I further certify that on March 14, 2012, I served a copy of the foregoing document on the following parties or their counsel of record by first class postage prepaid U.S. Mail:

> Nikki Johnson
> 3141 Hood Street, Suite 200
> Dallas, TX 75219
>
> Timothy G. Blood
> Blood Hurst & O'Reardon LLP
> 701 B Street, Suite 1700
> San Diego, CA 92101.

/s/ <u>John P. Hooper</u>
John P. Hooper
REED SMITH LLP
599 Lexington Avenue
New York, New York 10022
Tel: (212) 521-5400
Fax: (212) 521-5450
jhooper@reedsmith.com