# United States Court of Appeals
## For the First Circuit

No. 12-1265

IN RE: REEBOK EASYTONE LITIGATION

--------------------------------------------------------

SANDRA ALTIERI, individually and on behalf of all others similarly situated; COURTNEY SCHWARTZ, individually and on behalf of all others similarly situated; CHERYL HARDY, individually and on behalf of all others similarly situated

Plaintiffs

v.

REEBOK INTERNATIONAL, LTD.

Defendant - Appellee

--------------------------------------------------------

NIKKI JOHNSON

Interested Party - Appellant

### JUDGMENT

Entered: March 15, 2012
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of the parties' joint motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b), with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Edmund S. Aronowitz
Martha A. Bartsch
Jennifer Bishop
Timothy G. Blood

Christopher Steven Copps
Shepard Davidson
Lynette L. Davis
John Cullinane Gallagher III
Russell A. Gaudreau III
John P. Hooper
Nikki Johnson
Joshua E. Keller
Dennis J. Kelly
Adam J. Levitt
Andrea L. Martin
Christina Mitchell
David Pastor
Hector E. Pineiro
Frank E. Piscitelli
Janine Lee Pollack
Lori Rivero
Robert A. Scott
Michele Selover
Eveline Schaffer Shekhman
Jessica Teigland
Tina Wolfson